**Opinion issued December 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00694-CR

———————————

**RIKU PEKKA MELARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 14-CR-1899

## MEMORANDUM OPINION

Appellant, Riku Pekka Melartin, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). Although the motion does not contain a certificate of conference, this motion contains a certificate of service on counsel for appellee, has been on file with the Court for more than ten

days with no response, and no opinion has issued.  *See* TEX. R. APP. P. 10.1(a)(5),

10.3(a), 42.2(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.2(a), 43.2(f).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).